UNITED STATES of America,
Plaintiff–Appellee,

v.

Brian MARTIN, aka Brian Scott
Martin, Defendant–
Appellant.

No. 12–50311.

United States Court of Appeals,
Ninth Circuit.

Submitted June 3, 2013.*

Filed July 8, 2013.

Joseph Nicholas Akrotirianakis, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Kerry Creque O'Neill, Assistant U.S., Office of the U.S. Attorney, Beong–Soo Kim, Assistant U.S., Jones Day, Los Angeles, CA, for Plaintiff–Appellee.

Yolanda Barrera, Esquire, Law Office of Yolanda Barrera, Monrovia, CA, for Defendant–Appellant.

Before: TROTT and W. FLETCHER, Circuit Judges, and STEIN, District Judge.**

MEMORANDUM ***

Brian Martin appeals his 87–month sentence (including supervised release, restitution, and special assessments) on remand, we affirm.

The district court's factual findings that Martin demonstrated an intent and prepa-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Sidney H. Stein, District Judge for the U.S. District Court for the

ration to carry out his threats against Elvira Garay and Jonathan Dean with the ability to do so are well supported by the evidence. Accordingly, the court's imposition of sentencing enhancements was appropriate.

Martin's argument that his offenses should have been grouped pursuant to U.S.S.G. § 3D1.1(a)(1) because they arose from one common scheme is wrong. His scheme involved multiple victims. Therefore, grouping is not appropriate. Martin's arguments based on out-of-circuit precedent are inapposite.

Finally, contrary to his argument, Martin's 87–month sentence was substantively reasonable when measured against the aggressive and extortionate dimensions of his criminal conduct plus his past history.

AFFIRMED.

---

Southern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.